**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rafael FLORES–SANDOVAL,**
**Defendant–Appellant.**

No. 06–30146.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 4, 2006.*

Filed Dec. 12, 2006.

Alan G. Burrow, Esq., Lynne W. Lamprecht, Esq., Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

Leo N. Griffard, Jr., Esq., Boise, ID, for Defendant–Appellant.

Before: GOODWIN, LEAVY and FISHER, Circuit Judges.

MEMORANDUM **

Rafael Flores–Sandoval appeals from the 33–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846.

Because a review of the record indicates that Flores–Sandoval knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000)

(stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas,* 405 F.3d 1046, 1048 (9th Cir.2005) (noting that changes in sentencing law imposed by *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), did not render waiver of appeal involuntary and unknowing).

**DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

